UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LILY CASSANDRA ALPHONSIS,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA et al.,<br><br>Respondent. | No. CV 15-05743-ODW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice.

Dated: September 14, 2016

_____
OTIS D. WRIGHT II
United States District Judge