JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LILY CASSANDRA ALPHONSIS, | No. CV 15-05743-ODW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| THE STATE OF CALIFORNIA et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is summarily denied and this action is dismissed without prejudice.

Dated: September 14, 2016

_____
OTIS D. WRIGHT II
United States District Judge